IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY LETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:22-cv-113-ECM ) (WO) |
| DEPARTMENT OF TREASURY, *et al.*, | ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED without prejudice.

Costs are taxed against the Plaintiff for which execution may issue.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 23rd day of December, 2022.

                                                                        /s/ Emily C. Marks
                                                          EMILY C. MARKS
                                                          CHIEF UNITED STATES DISTRICT JUDGE